| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Friedland, Michelle T. | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>08/01/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination     Date 08/01/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>07/18/2013 |
| 7. Chambers or Office Address<br><br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Fancisco, CA 94105 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Munger, Tolles & Olson LLP |
| 2. | Trustee | Trust #1 |
| 3. | Director | Silicon Valley Campaign for Legal Services |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Munger, Tolls & Olson LLP | $252,500.00 |
| 2. | 2012 | Munger, Tolls & Olson LLP | $765,942.00 |
| 3. | 2012 | University of Virginia School of Law - teaching | $10,000.00 |
| 4. | 2011 | Munger, Tolls & Olson LLP | $630,438.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Tarana Wireless Inc. - salary |
| 2. | 2012 | Tarana Wireless Inc. - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Account #1: | | | | | Exempt | | | | |
| 2. - Vanguard International Value Fund | A | Dividend | J | T | | | | | |
| 3. - Vanguard Total Intl Stock Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 4. Investment Account #2: | | | | | | | | | |
| 5. - Vanguard 500 Index Fund Admiral Shares | D | Dividend | N | T | | | | | |
| 6. - Vanguard European Stock Index Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 7. - Vanguard International Value Fund | A | Dividend | K | T | | | | | |
| 8. - Vanguard Prime Money Market Fund - Sweep Account | A | Dividend | J | T | | | | | |
| 9. - Vanguard Total Intl Stock Index Fund Admiral Shares | D | Dividend | M | T | | | | | |
| 10. Investment Account #3: | | | | | | | | | |
| 11. - Berkshire Hathaway Inc- Delaware Class A | | None | M | T | | | | | |
| 12. - California State Bond | A | Interest | J | T | | | | | |
| 13. Investment Account #4: | | | | | | | | | |
| 14. - Vanguard 500 Index Fund Admiral Shares | D | Dividend | N | T | | | | | |
| 15. - Vanguard Emerging Markets Stock Ind Fund Admiral Shares | D | Dividend | M | T | | | | | |
| 16. - Vanguard International Growth Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 17. - Vanguard International Value Fund | B | Dividend | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Vanguard Prime Money Market Fund | A | Int./Div. | O | T | | | | | |
| 19. - Vanguard Tax-Managed Intl Fund Admiral Shares | B | Dividend | K | T | | | | | |
| 20. - Vanguard Total Intl Stock Index Fund Admiral Shares | D | Dividend | N | T | | | | | |
| 21. - Vanguard Total Stock Market Index Fund Admiral Shares | D | Dividend | N | T | | | | | |
| 22. - Vanguard US Growth Fund Investor Shares | A | Dividend | K | T | | | | | |
| 23. Investment Account #5: | | | | | | | | | |
| 24. - Vanguard Prime Money Market Fund | | None | J | T | | | | | |
| 25. - Ishares S&P California | A | Dividend | K | T | | | | | |
| 26. - Revenue Shares Small Cap EFT | A | Dividend | L | T | | | | | |
| 27. Investment Account #6: | | | | | | | | | |
| 28. - Vanguard 500 Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 29. - Vanguard Prime Money Market Fund | | None | J | T | | | | | |
| 30. - Vanguard Total Intl Stock Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 31. Investment Account #7: | | | | | | | | | |
| 32. - Vanguard 500 Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 33. - Vanguard Prime Money Market Fund | | None | J | T | | | | | |
| 34. - Vanguard Total Intl Stock Index Fund Admiral Shares | C | Dividend | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

**FINANCIAL DISCLOSURE REPORT**

Page 6 of 11

Name of Person Reporting

Friedland, Michelle T.

Date of Report

08/01/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Investment Account #8: | | | | | | | | | |
| 36. - Vanguard 500 Index Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 37. IRA Account #1: | A | Dividend | K | T | | | | | |
| 38. - Vanguard Prime Money Market Fund | | | | | | | | | |
| 39. - Ishares IBOXX Investment Grade Corp Bond Fund | | | | | | | | | |
| 40. - Revenue Shares Small Cap EFT | | | | | | | | | |
| 41. IRA Account #2: | A | Dividend | L | T | | | | | |
| 42. - Vanguard 500 Index Fund Admiral Shares | | | | | | | | | |
| 43. IRA Account #3: | A | Dividend | K | T | | | | | |
| 44. - Vanguard Prime Money Market Fund | | | | | | | | | |
| 45. - Vanguard Value Index Fund Admiral Shares | | | | | | | | | |
| 46. IRA Account #4: | A | Dividend | K | T | | | | | |
| 47. - Ishares IBOXX Investment Grade Corp Bond Fund | | | | | | | | | |
| 48. - Revenue Shares Small Cap EFT | | | | | | | | | |
| 49. Investment Account #9: | | | | | | | | | |
| 50. - Cash Account | A | Interest | N | T | | | | | |
| 51. - California State Bond | B | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Chino Basin, CA Bond | B | Interest | K | T | | | | | |
| 53. - Los Angeles Department of Water and Power Bond | B | Interest | K | T | | | | | |
| 54. - Los Angeles Unified School District Bond | B | Interest | K | T | | | | | |
| 55. - San Joaquin Hills, CA Transp. Corridor Agency Bond | A | Interest | K | T | | | | | |
| 56. - Santa Clara, CA Bond | B | Interest | K | T | | | | | |
| 57. IRA Account #5: | B | Dividend | L | T | | | | | |
| 58. - Northern Trust S&P 500 Index Fund | | | | | | | | | |
| 59. - T.Rowe Price Institutional Small-Cap Stock Fund | | | | | | | | | |
| 60. IRA Account #6: | B | Dividend | K | T | | | | | |
| 61. - Fidelity Spartan Total Market Index Fund | | | | | | | | | |
| 62. - Fidelity Spartan Extended Market Index Fund | | | | | | | | | |
| 63. Retirement Account #1: | | | | | | | | | |
| 64. - Fidelity Instl MM Funds | A | Dividend | J | T | | | | | |
| 65. - Invesco Charter Strategy | | None | K | T | | | | | |
| 66. Retirement Account #2: | | | | | | | | | |
| 67. - Vanguard Target Retirement 2030 | B | Dividend | L | T | | | | | |
| 68. - Vanguard Index 500 Signal | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Retirement Account #3: | | | | | | | | | |
| 70. - SSgA S&P Mid Cap Index Fund | | None | J | T | | | | | |
| 71. - Vanguard Small Cap Index Retirement Acc | | None | J | T | | | | | |
| 72. College Savings Plan #1: | | | | | | | | | |
| 73. - Scholar Share Passive Growth Portfolio | | None | K | T | | | | | |
| 74. College Savings Plan #2: | | | | | | | | | |
| 75. - Scholar Share Passive Growth Portfolio | | None | K | T | | | | | |
| 76. Retirement Account #4: | | | | | | | | | |
| 77. - Northrop Grumman Large U.S. Equity Fund | | None | L | T | | | | | |
| 78. | | | | | | | | | |
| 79. Rental Property, Boca Raton, Florida | C | Rent | L | W | | | | | |
| 80. Bank of America - Cash Account | A | Interest | M | T | | | | | |
| 81. Stanford Federal Credit Union - Cash Account | A | Interest | K | T | | | | | |
| 82. State of California Bonds | A | Interest | | | | | | | |
| 83. Cisco Systems (Common) | A | Dividend | | | | | | | |
| 84. Johnson & Johnson (Common) | C | Dividend | | | | | | | |
| 85. Texas Instruments (Common) | A | Dividend | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                       J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                          P3 =$25,000,001 - $50,000,000                                  P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)     S =Assessment               T =Cash Market
   (See Column C2)                U =Book Value              V =Other                          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  3M Company (Common) | B | Dividend | | | | | | | |
| 87.  Verizon Communications (Common) | A | Dividend | | | | | | | |
| 88.  Wal-Mart Stores Inc (Common) | A | Dividend | | | | | | | |
| 89.  Invesco Growth Fd Cl A | A | Dividend | | | | | | | |
| 90.  Invesco Asia Pacific Growth A | A | Dividend | | | | | | | |
| 91.  American Greetings Corp (Common) | A | Dividend | | | | | | | |
| 92.  Boston Properties Inc Com | A | Dividend | | | | | | | |
| 93.  ING Funds Intl Value Fd Cl C | A | Dividend | | | | | | | |
| 94.  Kimberly Clark Corp (Common) | B | Dividend | | | | | | | |
| 95.  WisdomTree Emerging Markets Equity Inc | A | Dividend | | | | | | | |
| 96.  Suntrust Bank Note | A | Interest | | | | | | | |
| 97.  Harper Industries, Inc | E | Distribution | | | | | | | |
| 98.  Munger Tolles & Olson LLP Capital Account | | None | L | T | | | | | |
| 99.  Trust #1 | | | | | | | | | |
| 100.  - Personal Residence, Mountain View, California | | None | P1 | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 08/01/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michelle T. Friedland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 476 | 943 | Notes payable to banks-secured (auto) | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 4 | 821 | 463 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 326 | 352 |
| Real estate owned – see schedule | 1 | 245 | 333 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 31 | 800 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Munger, Tolles & Olson capital account | | 65 | 680 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 326 | 352 |
| | | | | Net Worth | 6 | 314 | 867 |
| Total Assets | 6 | 641 | 219 | Total liabilities and net worth | 6 | 641 | 219 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |